Order Filed on
2/14/2005
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BOOKER, RABINOWITZ, TRENK, LUBETKIN,<br> TULLY, DiPASQUALE & WEBSTER, P.C.**<br>100 Executive Drive, Suite 100<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Joseph J. DiPasquale (JD 3330)<br>Counsel for Nicholas J. Delzotti,<br> Chapter 7 Trustee |
| In re:<br><br>AZUREL, LTD.,<br><br>              Debtor. |

Case No. 01-31034 (NLW)

Chapter 7

Honorable Novalyn L. Winfield

**ORDER AUTHORIZING NICHOLAS J. DELZOTTI, CHAPTER 7 TRUSTEE,
AND SPEED FINANCIAL SERVICES, INC. TO DESTROY
AND/OR ABANDON BOOKS AND RECORDS OF DEBTOR**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 2/14/2005**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Debtor: Azurel, Ltd.

Case No.: 01-31034 (NLW)

Caption of Order: Order Authorizing Nicholas J. Delzotti, Chapter 7 Trustee, and Speed Financial Services, Inc. to Destroy and/or Abandon Books And Records Of Debtor

---

**THIS MATTER** having been opened to the Court by Nicholas J. Delzotti, Chapter 7 Trustee (the "Trustee") for Azurel, Ltd. (the "Debtor"), by and through his attorneys, Booker, Rabinowitz, Trenk, Lubetkin, Tully, DiPasquale & Webster, P.C. ("Booker Rabinowitz Trenk"), for the entry of an Order authorizing Trustee and Speed Financial Services, Inc. ("Speed") to destroy and/or abandon books and records of Debtor, and the Court having considered the Application submitted in support hereof; and the Court having determined that said books and records are of no beneficial use to the estate; and the Court having considered oral argument of counsel and opposition, if any, and for good cause shown;

**IT IS ORDERED** that Trustee and Speed be, and hereby are, authorized to destroy and/or abandon all books and records of the Debtor; and it is further

**ORDERED** that a copy of the within Order shall be served upon all parties within seven (7) days from the date hereof.

F:\WPDOCS\A - M\Azurel\DestroyORDER.doc

2

*Approved by Judge Novalyn L. Winfield February 14, 2005*