Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  01–31034–NLW
Chapter:  7
Judge:  Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Azurel, Ltd.
   aka Azural Sales & Distribution, dba Ben
   Rickert Corporation
   12 Gardner Road
   Fairfield, NJ 07004
Social Security No.:

Employer's Tax I.D. No.:
   13–3842844

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: May 19, 2006                    Novalyn L. Winfield
                                       Judge, United States Bankruptcy Court